# HINES v. STATE.
## No. 22142.

Court of Criminal Appeals of Texas.
May 20, 1942.

Alex P. Pope, of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of driving while intoxicated and assessed a penalty of fifty dollars.

The record is before us without statement of facts or bills of exception. The procedure appears to be regular and there is nothing presented for the consideration of this Court. The judgment of the trial court is, accordingly, affirmed.

Alex P. Pope, of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of driving an automobile upon a public highway while intoxicated, appellant was convicted and his punishment assessed at a fine of $50.

The record is before us without statement of facts or bills of exception. No error appears of record.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

# BOWEN v. STATE.
## No. 22140.

Court of Criminal Appeals of Texas.
May 20, 1942.

# MOORE v. STATE.
## No. 22105.

Court of Criminal Appeals of Texas.
May 6, 1942.

Rehearing Denied June 3, 1942.